# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PATRICK W. AGEE, JR.,**

    **Plaintiff,**

vs.                                             Case No.: 2:19-cv-4961
                                                  **JUDGE GEORGE C. SMITH**
                                                  **Magistrate Judge Vascura**

**FRANKLIN COUNTY CORRECTIONAL FACILITY,**

    **Defendant.**

## ORDER

On December 4, 2019, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (Doc. 4). The Court previously entered an Order and Notice of Deficiency on November 13, 2019, ordering Plaintiff to file a Complaint within 14 days of that Order. Plaintiff has failed to respond to either of the Court's prior Orders. The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED**.

                                                   **/s/** *George C. Smith*
                                                   **GEORGE C. SMITH, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**